UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DONNA KENT, ET AL.,** | : | Civil No. 03-5171(FSH) |
| | : | |
| v. | : | |
| | : | |
| **GUARDIAN LIFE INSURANCE** | : | O R D E R |
| **COMPANY OF AMERICA, INC.** | : | |

This matter having come before the Court by way of letters dated February 14, 2005 and March 8, 2005, regarding the defendants request for leave to file a motion in lieu of an Answer; and the Court having considered the contents of the letters; and it appearing that the Court may be able to help the parties narrow the issues during the Rule 16 conference; and the Court having determined that it would, therefore, extend the date on which the defendant is to Answer, move or otherwise respond to the Complaint until after the Rule 16 conference on March 30, 2005; and for good cause shown,

IT IS on this 11th day of March, 2005

ORDERED that the defendant shall Answer, move or otherwise respond to the Complaint on a date to be set at the Rule 16 conference; and

IT IS FURTHER ORDERED that all terms of the Order dated February 1, 2005 shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE