UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**  U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**  Federal Square, Newark, NJ  07101
(973) 645-6596

March 17, 2005

Barry M. Epstein, Esq.
Barbara G. Quackenbos, Esq.
Sills Cummis
One Riverfront Plaza
Newark, New Jersey 07102-5400

Steven Paul Del Mauro, Esq.
McElroy Deutsch Mulvaney & Carpenter
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

## LETTER ORDER

RE:   **BEA BLACKSBERG v. GUARDIAN LIFE INS.**
       **Civil Action No. 03-5171(FSH)**

Dear Counsel:

At the request of the parties, the scheduling conference scheduled for March 30, 2004 has been rescheduled for **April 28, 2005 at 10:00 a.m.**  The joint discovery plan shall be submitted to the Chambers of the Undersigned no later than April 21, 2005 at 4:00 p.m.  Kindly mark your calendars accordingly.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**