UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEA BLACKSBERG and DONNA KENT, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> against <br><br> GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Civil Action No. 03 CV 5171 (FSH)(PS) <br><br><br><br><br><br> STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed that the Complaint is hereby dismissed as to Defendant Guardian Life Insurance Company of America with prejudice as to Plaintiff Blacksberg and without prejudice as to Plaintiff Kent, without fees or costs to any party.

Dated: April 27, 2005

POMERANTZ, HAUDEK, BLOCK
GROSSMAN & GROSS
Co-Counsel for Plaintiffs

By: _____
D. Brian Hufford (DH-3181)

SILLS CUMMIS EPSTEIN & GROSS
A Professional Corporation
Co-Counsel for Plaintiffs

By: _____
Barry M. Epstein (BE-6027)

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant

By: _____
Steven P. Del Mauro