JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1334

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MANAGED CARE LITIGATION

*Donna Kent, et al. v. Guardian Life Insurance Co. of America, Inc., et al.*, D. New Jersey, C.A. No. 2:03-5171

### ORDER DEEMING MOTION MOOT
### AND VACATING THE MAY 26, 2005 HEARING SESSION

Before the Panel is a motion by defendant Guardian Life Insurance Company of America, Inc. (Guardian) for transfer, pursuant to 28 U.S.C. § 1407, of this action (*Kent*) to the Southern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings pending there before the Honorable Federico A. Moreno. Guardian has now advised the Panel that *Kent* was dismissed in the District of New Jersey by the Honorable Faith S. Hochberg in an order filed on April 29, 2005.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 20, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY

MAY - 4 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 4, 2005

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building
   & United States Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL-1334 -- In re Managed Care Litigation

    *Donna Kent, et al. v. Guardian Life Insurance Co. of America, Inc., et al.,*
      D. New Jersey, C.A. No. 2:03-5171

Dear Mr. Walsh:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                    Very truly,

                    Michael J. Beck
                    Clerk of the Panel

                    By

                    Regina Hale
                    Calendar Clerk

Enclosure

cc:    Transferee Judge: Judge Federico A. Moreno
       Transferor Judge: Judge Faith S. Hochberg
       Transferee Clerk: Clarence Maddox